34

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

VOICENET, INC.,       )
                      )
      Plaintiff,      )   CASE NUMBER 301 CV 1604 (AVC)
                      )
   -against-          )
                      )   October 15, 2003
ESS.COM, L.L.C.,      )
                      )
      Defendant.      )
---

**AFFIDAVIT OF FEES AND COSTS**

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

FILED 2003 NOV 10 A 11: 32 US DISTRICT COURT HARTFORD CT

Thomas J. Luz, being duly sworn, says:

1. I am a member of the bar of the State of Connecticut and of the firm of Pearce & Luz, LLP, counsel to Plaintiff Voicenet, Inc. in this action.

2. I make this affidavit pursuant to the Court's directive of September 23, 2003, a copy of which is annexed as Exhibit 1.

3. This firm was substituted as counsel for Plaintiff in October 2002.

---

3:01CV1604.  January 12, 2004.  Having reviewed counsel's affidavit for costs and attorney's fees, and there being no objection to the affidavit, the court concludes that the attorney's fees and costs are fair and reasonable.  The clerk shall therefore enter judgment in favor of the plaintiff in the principal amount of $250,000, attorney's fees in the amount of $34,396.50, and costs and disbursements in the amount of $1,321.65.
SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.