UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VOICENET, INC.

    V.                                                                CIVIL NO. 3:01CV01604(AVC)

ESS.COM, L.L.C.

## FINAL JUDGMENT

Default judgment having previously been entered in this matter on September 8, 2003, and the Court, having issued its endorsement order as to Plaintiff's Affidavit of Fees and Costs on January, 9, 2004, and directing the Clerk to enter judgment for the plaintiff in the principal amount of $250,000.00, attorney's fees in the amount of $34,396.50 and costs and disbursements in the amount of $1321.65; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the plaintiff in the amount of $250,000.00 plus attorney's fees in the amount of $34,396.50 plus costs and disbursements in the amount of $1,321.65.

Dated at Hartford, Connecticut, this 14th day of January, 2004.

                                                          KEVIN F. ROWE, CLERK

                                                          By    /s/ JW_____
                                                                  Jo-Ann Walker
                                                                  Deputy Clerk

EOD: _____